# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136733

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONNA ALICE YOST,
      Defendant-Appellant.
_____/

SC: 136733
COA: 285649
Bay CC: 01-001129-FC

      On order of the Court, the application for leave to appeal the June 9, 2008 order of the Court of Appeals is considered, and it is DENIED as moot, in light of this Court's denial of the prosecution's application for leave to appeal in Docket No. 136437.

      HATHAWAY, J., not participating. To avoid unnecessary delay to the parties in cases considered by this Court before I assumed office, I follow the practice of previous justices in transition and participate only in cases that need my vote to achieve a majority for a decision.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2009

_____
Clerk

d0113